# DOBSON, BERNS & RICH, LLP

——————— ATTORNEYS AT LAW ———————

JEROME J. DOBSON
JONATHAN C. BERNS
GREGORY A. RICH

5017 WASHINGTON PLACE, SUITE 300, ST. LOUIS, MO 63108
TEL (314) 621-8363 / FAX (314) 621-8366
WWW.DBRSTL.COM

SCOTT P. HOLWITT
AMANDA D. ANTHONY
ADAM D. ROSENBERG
MARCO TARANTINO

May 20, 2022

**Sent Via Email to** tony.byergo@ogletree.com

Anthony B. Byergo, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101

**Re: Connaway v. Jefferson County, Illinois**

Dear Mr. Byergo:

I write to you regarding the deficiency in Defendant's response to Plaintiff's Request for Production No. 63 ("Request No. 63") in Plaintiff's Second Requests for Production. Please consider this Plaintiff's first formal request to meet and confer regarding this issue and Plaintiff's good faith effort to resolve it in compliance with the Federal Rules of Civil Procedure and the Court's rules and procedures.

In Request No. 63, Plaintiff sought all emails and text messages Sheriff Bullard sent to or received from Lt. Mansker, Lt. Burrell, Lt. Edwards, Lt. Haines, Lt. May, Former Captain Scott, or Chief Deputy Uhls that discuss, mention, or reference Plaintiff in any way from December 1, 2018 through December 31, 2021. On May 6, 2022, Defendant sent Plaintiff its response to Request No. 63. Defendant failed to answer. Instead, Defendant objected on the grounds that Plaintiff's request was overbroad, sought documents protected by the attorney-client and/or work product privileges, was not relevant or admissible, and was not likely to lead to the discovery or admissible evidence.

Any communications sent to and/or received by Sheriff Bullard about Plaintiff are highly relevant to Plaintiff's claims. Sheriff Bullard was the decision maker on each discipline given to Plaintiff, including her termination, and he determined how Defendant responded to Plaintiff's disability and her requests for accommodation. Plaintiff is entitled to know the information Sheriff Bullard relied upon in making these decisions and his own documentation of his decision-making process.

Plaintiff agrees to limit Request No. 63 to the following relevant topics: disciplines or potential disciplines regarding Plaintiff; Plaintiff's disability, including her migraines; Plaintiff's requests for accommodations for her migraines, and/or the accommodations considered and/or given to Plaintiff for her migraines; any alleged misconduct Plaintiff may have engaged in and any investigation into such misconduct; any references to or discussions about Plaintiff that make fun of, criticize, demean, or disparage her; any references to Plaintiff's character, honesty,

1

EXHIBIT
2

# DOBSON, BERNS & RICH, LLP

—————— ATTORNEYS AT LAW ——————

JEROME J. DOBSON
JONATHAN C. BERNS
GREGORY A. RICH

5017 WASHINGTON PLACE, SUITE 300, ST. LOUIS, MO 63108
TEL (314) 621-8363 / FAX (314) 621-8366
WWW.DBRSTL.COM

SCOTT P. HOLWITT
AMANDA D. ANTHONY
ADAM D. ROSENBERG
MARCO TARANTINO

or attitude; any references by Defendant or by any employee at Defendant about their feelings or attitude towards Plaintiff; Plaintiff's involvement and role in the United States Marshall Service's decision to remove federal inmates from the Jefferson County Jail, and/or the United States Marshall Service's decision to return federal inmates to the Jefferson County Jail; the events of November 7-8, 2021 in which Plaintiff was allegedly involved; and any discussions about, possible discipline, recourse, or actions Defendant may take or took in response to Plaintiff's alleged involvement in the November 7-8, 2021 incident.

Additionally, Defendant's response fails to address how the text messages and emails are subject to the attorney-client and/or work product privileges, and is therefore not valid. If Defendant possesses responsive documents that are subject to a valid privilege, please provide a privilege log of all such documents.

Please provide a complete response and produce the corresponding documents to Request No. 63 no later than May 27, 2022. If Defendant is unwilling to supplement its response and provide the responsive documents by that date, Plaintiff will have no choice but to file a motion to compel.

Thank you for your cooperation.

Very truly yours,

Jerome J Dobson

Jerome J. Dobson

JJD/adr

2